

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Nadia R. Williams v. The State of Texas

Appellate case number:   01-16-00781-CR

Trial court case number:  1434378

Trial court:                    182nd District Court of Harris County

Date motion filed:          June 28, 2017

Party filing motion:        Appellant

      Appellant's motion for rehearing is **DENIED**. *See* TEX. R. APP. P. 49.3.


Judge's signature: /s/ Russell Lloyd
                       Acting for the Court

Panel consists of: Justices Jennings and Lloyd

Jennings, J., dissenting from the denial of rehearing.


Date: July 25, 2017